# United States District Court
## Violation Notice

EV17

**Violation Number:** 7087777
**Officer Name (Print):** Green, Nicholas
**Officer No.:** G0502

7087777

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/31/2017 2024
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code  46.2-104 VSC
**Place of Offense:** Fort Myer, VA 22211
Sheridan and Carpenter Intersection

**Offense Description; Factual Basis for Charge:**
Failing to carry operator's license
32 CFR 634.25(f)

HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** Wells
**First Name:** Curtis
**M.I.:** L

[redacted]

**Tag No.:** None
**State:** N/A
**Year:** 2016
**Make/Model:** Kawasaki Ninja
**PASS:** ☐
**Color:** Black

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 45   Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 75   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US District Court, 401 Courthouse Square, Alexandria, VA 22314
**Date (mm/dd/yyyy):** 10/16/2017
**Time (hh:mm):** 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN SEP 14, 2017 15:40

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 31 Aug, 20 17 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I was on patrol when an individual not wearing proper protective equipment was spotted on Sheridan Ave. Adj. bldg 441. A traffic stop was initiated near the intersection of Sheridan and Carpenter. The driver was identified as Wells JR, Curtis through his Driver's license. The driver was unable to provide a Motorcycle endorsed driver's license. A check through VCIN showed that the motorcycle was not properly registered. Three CVB's were issued; failing to carry operator's license, operating unregistered vehicle, and riding a motorcycle without required eye and head protection. An Investigative Datasheet was collected from Wells, who was very cooperative.
All information on the face of this notice is incorporated by reference herein.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 08/31/2017   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident  PASS = 2 or more passenger vehicle
CDL = Commercial driver's license   CMV = Commercial vehicle involved in incident

CVB SCAN SEP 14, 2017 15:40